G. Seth Mitchell, Esq.; SBN: 240889
**LAW OFFICES OF SCOTT WARMUTH, APC**
17700 Castleton St., #168
City of Industry, CA 91748
Tel.:  (626) 282-6868
Fax:  (626) 642-0808
Email: smitchell@law888.com

*Attorneys for Plaintiff*
CINDY WAI GONG

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY WAI GONG, | Case No.: 2:18-cv-01572 |
| Plaintiff, | **COMPLAINT for:** |
| v. | **(1)   NEGLIGENCE – MOTOR VEHICLE** |
| THOMAS LEROY BABECKY, UNITED STATES OF AMERICA, and DOES 1 through 10, Inclusive, | **DEMAND FOR JURY TRIAL** |
| Defendants. | |

Plaintiff Cindy Wai Gong ("Gong" or "Plaintiff"), by and through her undersigned counsel, hereby sues Defendants Thomas Leroy Babecky ("Babecky") and the United States of America ("USA") (collectively "Defendants") and DOES 1 through 10, and in support thereof states as follows:

///

///

## NATURE OF ACTION

1. This is a civil action for personal injuries arising out of a motor vehicle accident on April 14, 2017 on the intersection of West Willow Street and Pacific Avenue, Long Beach, California 90806, in which a United States Department of Veterans Affairs Hospital work van operated by Defendant Babecky drove through an intersection on a red light and collided into Plaintiff's vehicle. The purpose of this lawsuit is to recover monetary and punitive damages from all parties responsible for causing Plaintiff's extensive injuries.

## THE PARTIES

2. Plaintiff Gong is an individual residing in Rosemead, Los Angeles County, California.

3. Upon information and belief, Defendant Babecky is an individual residing in Corona del Mar, Orange County, California.

4. Defendant United States of America is the government entity to name as this Action arises out of a motor vehicle collision caused by Defendant Babecky while in course of employment of the United States Department of Veteran Affairs per 28 U.S.C §1346(b).

5. The true names and/or capacities, whether individual, corporate, associate or otherwise of Defendants 1 through 10, inclusive, are unknown to Plaintiff at this time who, therefore, sue said Defendants by such fictitious names. Plaintiff is informed and believe and thereupon alleges that each of the Defendants fictitiously named herein as a Doe is legally responsible, negligently or in some other actionable manner, for the events and happenings hereinafter referred to and that the acts and omissions of said Defendants were a legal cause of the resulting injury and damages to Plaintiff as hereinafter alleged. Plaintiff will amend this Complaint to assert the true names and/or capacities of such fictitiously named Defendants when the same have been ascertained.

## **JURISDICTION AND VENUE**

6. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §1331 and §1346(b).

7. Venue is proper in this Judicial District pursuant to 28 U.S.C. §1391.

## **GENERAL ALLEGATIONS**

8. On April 14, 2017, Plaintiff was operating a certain motor vehicle as a permissive user, to-wit: 2000 Toyota Camry, which she was driving in a westbound direction on Willow Street, through the intersection with Pacific Avenue in Long Beach on a green light.

9. Defendant Babecky, was the permissive driver of another certain motor vehicle, to-wit: Chevy E450 Van, that was owned by Defendant U.S. Department of Veterans Affairs, which he was driving on southbound Pacific Avenue and turned right onto westbound Willow Street on a red light.

10. At all times relevant, Defendant Babecky was acting on his own behalf and as an authorized employee and/or agent of Defendant U.S. Department of Veterans Affairs.

11. It was the duty of Defendant Babecky, to exercise due care and caution in the operation of the motor vehicle having due regard for the traffic and use of the roadway.

12. Plaintiff was driving with due care and caution, with the right-of-way, along and upon the roadway.

13. At all times relevant, Defendant Babecky, negligently drove his motor vehicle, through Plaintiff's right-of-way travel, and through the intersection of Willow Street and Pacific Avenue on a red light and collided into Plaintiff's vehicle.

14. Defendants negligent acts and omissions were a direct and proximate cause of the injuries and damages sustained by Plaintiff.

15. As a direct and proximate result of the negligent, careless, and/or reckless

owning, controlling, entrusting and operating of the motor vehicle, Plaintiff was caused to suffer injuries to her person and property, pain and suffering, mental anguish, terror, anxiety and loss of ability to enjoy life.

## COUNT I
## NEGLIGENCE

16. Plaintiff repeats and incorporates by reference into this cause of action each and every preceding and foregoing allegation set forth in this Complaint.

17. On April 14, 2017, Plaintiff was operating a certain motor vehicle as a permissive user, to-wit: 2000 Toyota Camry, which she was driving in a westbound direction on Willow Street, through the intersection with Pacific Avenue in Long Beach on a green light.

18. Defendant Babecky, was the permissive driver of another certain motor vehicle, to-wit: Chevy E450 Van, that was owned by Defendant U.S. Department of Veterans Affairs, which he was driving on southbound Pacific Avenue and turned right onto westbound Willow Street on a red light

19. At all times relevant, Defendant Babecky was acting on his own behalf and as an authorized employee and/or agent of Defendant U.S. Department of Veterans Affairs.

20. It was the duty of Defendant Babecky, to exercise due care and caution in the operation of the motor vehicle having due regard for the traffic and use of the roadway.

21. Plaintiff was driving with due care and caution, with the right-of-way, along and upon the roadway.

22. At all times relevant, Defendant Babecky, negligently drove his motor vehicle, through Plaintiff's right-of-way travel, and through the intersection of Willow Street and Pacific Avenue on a red light and collided into the passenger side of Plaintiff's vehicle.

23. Defendant negligently and carelessly operated his motor vehicle and failed

to stop his motor vehicle in time to avoid a collision, although a collision was imminent, and where he had ample time and opportunity to avoid it.

24. Furthermore, Defendant's negligent and careless operation of his motor vehicle and disregard for the community's safety was a direct and proximate cause to the injuries and damages sustained by Plaintiff.

25. As a direct and proximate result of the negligent, careless, and/or reckless owning, controlling, entrusting and operating of the motor vehicle, Plaintiff was caused to suffer injuries to her person and property, pain and suffering, mental anguish, terror, anxiety and loss of ability to enjoy life.

26. The actions of Defendant Babecky constitute a tort of negligence under the laws of the State of California.

27. Under the Federal Tort Claims Act, Defendant USA is liable for those actions.

## **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff Cindy Wai Gong respectfully requests that this Court enter a final judgment in their favor and as against Defendants Thomas Leroy Babecky and the U.S. Department of Veterans Affairs and prays for relief as follows:

28. For general damages, including, but not limited to, compensatory damages, consequential damages, and incidental damages according to proof;

29. For special damages/economic losses, including but not limited to, loss of earnings, medical expenses, property damage, loss of personal property, and all incidental expenses, according to proof;

30. For litigation expenses and costs of suit; *and*

31. For such other relief as the Court deems just and proper.

///

///

///

Dated: February 26, 2018      **LAW OFFICES OF SCOTT WARMUTH, APC**

By:    /s/ *G. Seth Mitchell*
        G. SETH MITCHELL, ESQ.

*Attorneys for Plaintiff*
CINDY WAI GONG

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial on all claims for relief triable by jury.

Dated: February 26, 2018      **LAW OFFICES OF SCOTT WARMUTH, APC**

By:    /s/ *G. Seth Mitchell*
        G. SETH MITCHELL, ESQ.

*Attorneys for Plaintiff*
CINDY WAI GONG