1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Cindy Wai Gong,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>United States of America, Does 1–10,<br><br>　　　　　Defendants. | No. LA CV18-01572-JAK (GJSx)<br><br>**ORDER RE STIPULATION FOR COMPROMISE SETTLEMENT AND DISMISSAL (DKT. 37)**<br><br>**JS-6** |

It is hereby Ordered that the Stipulation for Compromise Settlement and Dismissal (Dkt. 37) is **GRANTED**. This action is hereby dismissed with prejudice. Each party is to bear its own costs and fees.

      IT IS SO ORDERED.

Dated: June 25, 2019

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE